UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES – GENERAL

Case No.  8:19-cv-01952-JLS-DFM                                    Date: June 11, 2021
Title:  Thadnisha Clark v. Kindred Healthcare Operating, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                                Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING CASE**

     On May 18, 2021, the Court ordered the parties to show cause why this case should not be dismissed for failure to file a Proposed Final Pretrial Conference Order in accordance with the Court's Civil Trial Order.  (OSC, Doc. 17.)  On June 1, the parties submitted a joint report and declaration stating that this case should be dismissed because Plaintiff "joined the matter *Michael Kirby, et al. v. Kindred Healthcare Operating, LLC, et al.*, Case No. CIVDS1708958, which is pending in San Bernardino County Superior Court, as a class representative and released all of her individual and representative claims as part of a class action and representative settlement in the *Kirby* lawsuit."  (Response, Doc. 18.)

     In light of the foregoing, the Court hereby DISMISSES the above-caption case with prejudice.

Initials of Deputy Clerk: mku